**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00403-CR
No. 05-15-00404-CR
No. 05-15-00405-CR

## VINCENT DEWAYNE JOHNSON, Appellant

### V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F13-60209-P, F13-60595-P, F13-60931-P

## ORDER

The Court **REINSTATES** the appeal.

On October 13, 2015, we ordered the trial court to make findings regarding whether a second hearing was conducted on March 16, 2015 and, if so, whether the record can be supplemented with that record. We **ADOPT** the findings that: (1) the trial court presided over a second hearing on March 16, 2015 at which appellant formally entered his guilty pleas to the charged offenses; (2) the March 16, 2015 hearing was recorded; (3) Winnie Lacy is the court reporter who recorded the proceedings; (4) the notes of the hearing are available; and (5) the reporter's record of the March 16, 2015 plea hearing will be filed within ten days of the October 19, 2015.

We **ORDER** court reporter Winnie Lacy to file, by **NOVEMBER 6, 2015**, the reporter's record of the March 16, 2015 plea hearing, including all exhibits admitted into evidence during the hearing.

We **ORDER** appellant to file, by **DECEMBER 7, 2015**, an amended brief either addressing the issue already presented in context of the March 16, 2015 second hearing or raising additional issues. The State's amended brief will be due thirty days after appellant's amended brief is filed.

We **DIRECT** the Clerk to send copies of this order to Winnie Lacy, official court reporter, Auxiliary Court No. 5, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE